FILED
CLERK, U.S. DISTRICT COURT

JUN 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 12-MJ-1488 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| JAMES RODRIGUEZ | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

| | | | |
|---|---|---|---|
|1| | |The court concludes:|
|2|A.|( )|Defendant poses a risk to the safety of other persons or the community|
|3| | |because defendant has not demonstrated by clear and convincing|
|4| | |evidence that:|

5  _____
6  _____
7  _____
8  _____

9

10  (B)  [X]  Defendant is a flight risk because defendant has not shown by clear
11              and convincing evidence that:
12              _defendant has no known bail_
13              _resources and cannot overcome_
14              _presumption of flight risk._
15              _____
16

17         IT IS ORDERED that defendant be detained.

18
19  DATED: 6/21/2012

20
21
22
23                                    _____
                                      JOHN E. MCDERMOTT
24                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2